E-FILED
Friday, 26 August, 2005  11:36:25 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### ROCK ISLAND DIVISION

|  |  |  |
|---|---|---|
| NESTOR ALBERTO BUSTOS-JAIMES, | ) ) ) |  |
| Movant, | ) ) |  |
| v. | ) ) | No. 05-4016 |
| UNITED STATES, | ) ) ) |  |
| Respondent. | ) |  |

# **O R D E R**

Nestor Alberto Bustos-Jaimes filed a motion under 28 U.S.C. § 2255 claiming that the Court committed non-constitutional <u>Booker</u> error in 2001 by treating the U.S. Sentencing Guidelines as mandatory. The Court dismissed the February 2005 motion as untimely in an order of June 2005, and Bustos-Jaimes has since filed a request for a certificate of appealability.

But although a § 2255 motion allows a federal prisoner to argue to the district court that his conviction or sentence violated "the Constitution or laws of the United States," § 2255 ¶ 1, an appeal to the court of appeals requires a "substantial showing of the denial of a constitutional right," § 2253(c)(2). <u>See</u> <u>Young v. United States</u>, 124 F.3d 794, 798-99 (7th Cir. 1997). The scope of the latter statute is narrower. Bustos-Jaimes is a casualty of that difference: he is not entitled to a certificate of appealability because he is not pursuing any constitutional issues.

IT IS THEREFORE ORDERED that Bustos-Jaimes's request for a certificate of appealability (docket no. 6) is DENIED.

Signed this <u>26th</u> day of August 2005.

<u>/s/ Joe B. McDade</u>
JOE BILLY McDADE
United States District Judge